JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CLAY NEWBERG, ) <br> ) <br> Defendant. ) <br> ) <br>_____ ) | NO. CR06-5738FDB <br><br> ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

Upon the stipulated motion of the defendant to continue the pretrial motions due date, the Court finds that such a continuance would serve the ends of justice; therefore,

//
//
//
//
//
//
//
//

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE          1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

IT IS HEREBY ORDERED that the pretrial motions due date in this matter be continued to March 28, 2007.

DONE this 7th day of March, 2007.

*(signature)*

JUDGE FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Russell V. Leonard*  */s/ Kent Liu*
Russell V. Leonard   Kent Liu
Attorney for Defendant   Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE    2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**