JUDGE FRANKLIN D. BURGESS

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-5738FDB |
| Plaintiff, | ORDER SEALING AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE TRIAL |
| vs. | |
| CLAY ALLAN NEWBERG, | |
| Defendant. | |

The Court having considered the Motion for Order Sealing Affidavit of Counsel in support of Motion to Continue Trial,

NOW THEREFORE IT IS HEREBY ORDERED that the Affidavit of Counsel be sealed.

DONE this 18th day of April, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

/s_____
Russell V. Leonard
Attorney for Defendant

ORDER SEALING – page 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710