1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

CLAY ALLAN NEWBERG,

        Defendant.

Case No. CR06-5738FDB

ORDER DENYING MOTION TO
CONTINUE TRIAL DATE

       In the stipulated motion to continue the trial date, defense counsel expresses a need to explore "issues of some complexity."  The trial date is currently May 29, 2007, and the Court is not inclined to continue the trial date on the showing made.

       ACCORDINGLY, IT IS ORDERED: Motion to Continue Trial Date [Dkt. # 29] is DENIED.

       DATED this 23rd day of April, 2007.

                                         
                                    
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1