JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-5738FDB |
| Plaintiff, | ) | ORDER SEALING AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW PREVIOUSLY FILED MOTIONS TO SUPPRESS |
| vs. | ) | |
| CLAY ALLAN NEWBERG, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Order Sealing Affidavit of Counsel in support of Motion to Withdraw Previously Filed Motions to Suppress,

NOW THEREFORE IT IS HEREBY ORDERED that the Affidavit of Counsel be sealed.

DONE this 23rd day of April, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

/s_____
Russell V. Leonard
Attorney for Defendant

ORDER SEALING – page 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710