JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR06-5738FDB |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION TO WITHDRAW WITHOUT PREJUDICE PREVIOUSLY-FILED MOTIONS TO SUPPRESS |
| CLAY NEWBERG, | ) | |
| Defendant. | ) | |

The defendant having brought a motion to withdraw without prejudice previously-filed motions to suppress (Docket Nos. 22 and 24), and the Court having considered the arguments, and evidence presented in support of the motion, now, therefore,

//
//
//
//
//
//

ORDER GRANTING MOTION TO
WITHDRAW WITHOUT PREJUDICE
PREVIOUSLY-FILED MOTIONS TO
SUPPRESS  -- 1
CR06-5738FDB

**FEDERAL PUBLIC DEFENDER**
1331 Broadway , Suite 400
Tacoma, Washington  98402
(253) 593-6710

ORDERS that Docket Nos. 22 and 24 are hereby withdrawn without prejudice.

DONE this 23rd day of April, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Russell V. Leonard*

Russell V. Leonard, Attorney for Defendant

ORDER GRANTING MOTION TO
WITHDRAW WITHOUT PREJUDICE
PREVIOUSLY-FILED MOTIONS TO
SUPPRESS -- 2
CR06-5738FDB

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, Washington  98402
(253) 593-6710