Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     Plaintiff, )<br>    v. )<br>CLAY ALLAN NEWBERG, )<br>     Defendant. ) | NO. CR06-5738FDB<br><br>ORDER TO SEAL |

Having read the United States' Motion in this matter in the above-captioned case, which was filed under seal, and the United States' Motion to Seal requesting that the Motion be allowed to remain under seal,

It is hereby ORDERED that the United States' Motion in this matter shall remain sealed.

DATED this 26th day of October, 2009.

              S/Pat LeFrois
              Clerk for FRANKLIN D. BURGESS
              United States District Judge

Presented by:

s/ Marc A. Perez
MARC A. PEREZ
Assistant United States Attorney

Order to Seal/Newberg — 1
CR06-5738FDB