JUDGE BURGESS

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CLAY NEWBERG, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR06-5738FDB <br><br> ORDER TO SEAL |

Having read the Defendant's Motion to Seal in this matter in the above-captioned case, which was filed under seal, the Defendant's Motion to Seal requesting that the Motion and the Defendant's Sentencing Memorandum and attachments be allowed to remain under seal,

It is hereby ORDERED that the Defendant's Motion in this matter and the Defendant's Sentencing Memorandum and attachments shall remain sealed.

DATED this 26th day of October, 2009.

S/Pat Lefrois
Clerk for FRANKLIN D. BURGESS
United States District Judge

Presented by:
WILLIAM R. MICHELMAN, INC., P.S.

s/William R. Michelman
_____
William R. Michelman, WSBA #6803
Attorney for Defendant

ORDER TO SEAL - 1